IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SE PROPERTY HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 12-0690-CG-B |
| | ) | |
| GLENDA LAEL MAYFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This cause is before the court on the Suggestion of Bankruptcy (Doc. 17) filed by Glenda Lael Mayfield on February 25, 2013, in which the defendant represents that she filed a Chapter 13 bankruptcy in the Southern District of Alabama, in case number 13-00352-WSS-13.  The court ascertained form the Bankruptcy Court's website that the Chapter 13 Voluntary Petition was filed on February 4, 2013.

 Pursuant to 11 U.S.C. § 362, the filing of a bankruptcy petition operates as a stay of an action.  Therefore, this action is hereby **STAYED**, and the clerk of court is directed to place this matter on the court's administrative docket.

The parties shall notify the court within thirty (30) days of the resolution of the bankruptcy proceedings, or of a lift of the stay, at which time this action will be re-instated to the court's active docket.

**DONE and ORDERED** this 26th day of February, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE